UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **KAYLA DOHERTY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **MERCK & CO., INC.,** | ) ) |
| and | ) ) |
| **UNITED STATES OF AMERICA,** | ) ) |
| Defendants | ) ) |

Case No. 1:15-cv-00129-DBH

NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to F.R. Civ. P. 5.1(a)(1)(B) and D. Me. Local Rule 24, Plaintiff KAYLA DOHERTY, by and through the undersigned counsel, hereby notifies the Clerk that her First Amended Complaint in the above-captioned action calls into question the constitutionality of Maine's so-called "Wrongful Birth Statute," 24 M.R.S.A. § 2931.

Plaintiff's First Amended Complaint alleges that Maine's Wrongful Birth Statute is unconstitutional, both on its face and as Defendants seek to have it applied to Plaintiff, because it violates the following:

1. The open courts provision of the Maine Constitution, ME CONST, art. I § 19;

2. The due process clause of the Maine Constitution, ME CONST, art. I § 6-A;

3. The right to a jury trial afforded by the Maine Constitution, ME CONST, art. I § 20;

4. The Equal Protection Clause of the Fourteenth Amendment to the United States Constitution;

1

5. The fundamental right to privacy, decisional autonomy, and reproductive freedom afforded by the Due Process Clause of the Fourteenth Amendment to the United States Constitution; and

6. The right to a jury trial afforded by the Seventh Amendment to the United States Constitution.

Respectfully submitted,

Dated: August 6, 2015    /s/ Laura H. White

_____
Laura H. White, Bar No. 4025
*Attorney for Plaintiff*
BERGEN & PARKINSON, LLC
62 Portland Rd., Suite 25
Kennebunk, ME 04043
(207) 985-7000
*lwhite@bergenparkinson.com*

## CERTIFICATE OF SERVICE

      I, Laura H. White, hereby certify that on this 6th day of August, 2015, I filed the foregoing Notice of Constitutional Question via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

                                        */s/ Laura H. White*

                                        Laura H. White
                                        *Attorney for Plaintiff*
                                        BERGEN & PARKINSON, LLC
                                        62 Portland Road, Suite 25
                                        Kennebunk, ME 04043
                                        Phone: (207) 985-7000
                                        lwhite@bergenparkinson.com