OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

August 7, 2015

Janet T. Mills
Maine Attorney General
State House Station #6
Augusta, ME  04333

RE:   KAYLA DOHERTY v. MERCK & CO INC, et al.
      <u>CIVIL NO. 1:15-cv-129-DBH</u>

Dear Attorney General Mills:

I am writing to advise you that on June 18, 2015 an amended complaint was filed in the above captioned matter drawing into question the constitutionality of Maine's so-called "Wrongful Birth Statute", 24 M.R.S.A. section 2931.

In accordance with the provision of Title 28 U.S.C. §2403(b), the State of Maine is permitted to intervene in this matter for the presentation of evidence and for argument on the question of constitutionality. Any written submissions by the State shall be filed and served not later than          .

Enclosed herewith is an attested copy of the amended complaint in this matter.

Sincerely,

Christa K. Berry, Clerk

By:   <u>/s/ Melody Whitten</u>
      Melody Whitten
      Deputy Clerk

Enclosure