UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KAYLA DOHERTY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MERCK & CO., INC., | ) ) |
| and | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendants | ) ) |

Case No. 1:15-cv-00129-DBH

### CERTIFICATE OF SERVICE ON MAINE ATTORNEY GENERAL

Pursuant to F.R. Civ. P. 5.1(a)(2), I, Laura H. White, hereby certify that on this 7th day of August, 2015, I served Plaintiff's Notice of Constitutional Question (Doc. 20) and First Amended Complaint (Doc. 11) on Maine Attorney General Janet T. Mills via certified mail, Number 7014 2120 0003 2065 3473, with a copy to all counsel of record.

Dated:  August 7, 2015

Respectfully submitted,

/s/ Laura H. White
_____
Laura H. White
*Attorney for Plaintiff*
BERGEN & PARKINSON, LLC
62 Portland Road, Suite 25
Kennebunk, ME 04043
Phone: (207) 985-7000
lwhite@bergenparkinson.com

1

## CERTIFICATE OF SERVICE

I, Laura H. White, hereby certify that on this 7th day of August, 2015, I filed the foregoing Certificate of Service on Maine Attorney General via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

/s/ Laura H. White
_____
Laura H. White
*Attorney for Plaintiff*
BERGEN & PARKINSON, LLC
62 Portland Road, Suite 25
Kennebunk, ME 04043
Phone: (207) 985-7000
lwhite@bergenparkinson.com