# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **KAYLA DOHERTY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **MERCK & CO., INC.**, ) | Case No. 1:15-cv-00129-DBH |
| ) | |
| and ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Kayla Doherty, Plaintiff in the above-captioned action, appeals to the United States Court of Appeals for the First Circuit from the final judgment entered on Defendants' Motion to Dismiss dated September 7, 2017.

Dated:  October 6, 2017            */s/ Laura H. White*

                                                              
                                    Laura H. White, Bar No. 4025
                                    *Attorney for Plaintiff*
                                    BERGEN & PARKINSON, LLC
                                    62 Portland Rd., Suite 25
                                    Kennebunk, ME 04043
                                    (207) 985-7000
                                    *lwhite@bergenparkinson.com*

## **CERTIFICATE OF SERVICE**

    I, Laura H. White, hereby certify that on this 6th day of October, 2017, I filed the foregoing Notice of Appeal with the court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

Dated:  October 6, 2017　　　　　　　*/s/ Laura H. White*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Laura H. White, Bar No. 4025
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　BERGEN & PARKINSON, LLC
　　　　　　　　　　　　　　　　　　62 Portland Rd., Suite 25
　　　　　　　　　　　　　　　　　　Kennebunk, ME 04043
　　　　　　　　　　　　　　　　　　(207) 985-7000
　　　　　　　　　　　　　　　　　　*lwhite@bergenparkinson.com*